June 7, 1972

No. 71–1209.  United Transportation Union et al. v. United States et al.  Affirmed on appeal from D. C. D. C.  Mr. Justice Douglas dissents from the affirmance.  Mr. Justice Powell took no part in the consideration or decision of this case.

No. 71–5647.  Goodwin et al. v. Wyman, Commissioner of New York Department of Social Services, et al.  Affirmed on appeal from D. C. S. D. N. Y.  *Jefferson* v. *Hackney, ante,* p. 535.  Mr. Justice Douglas dissents from the affirmance.

No. 69–5041.  Boutte v. Louisiana.  Appeal from Sup. Ct. La. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  Mr. Justice Douglas dissents.

No. 71–1070.  Keegan v. Illinois.  Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–1104.  Northern Natural Gas Co. v. Williams, Treasurer of Rice County, et al.  Appeal from Sup. Ct. Kan. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.